UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MEDIEN PATENT VERWALTUNG AG<br><br>Plaintiff,<br><br>v.<br><br>WARNER BROS. ENTERTAINMENT, INC., TECHNICOLOR INC., AND DELUXE ENTERTAINMENT SERVICES GROUP, INC.,<br><br>Defendants. | 10 CIV 4119 (MGC)<br><br>NOTICE OF APPEARANCE<br>OF ALLAN A. KASSENOFF |

## NOTICE OF APPEARANCE OF ALLAN A. KASSENOFF

PLEASE TAKE NOTICE that Allan A. Kassenoff, Esq. of Greenberg Traurig, LLP hereby appears as counsel in this case for Defendant Deluxe Entertainment Services Group, Inc., and demands that all papers in this action be served upon the undersigned. I certify that I am admitted to practice in this Court.

Dated: December 7, 2010
       New York, New York

By: _____
Allan A. Kassenoff (AK 3675)
kassenoffa@gtlaw.com
GREENBERG TRAURIG, L.L.P.
200 Park Avenue-34th Floor
New York, New York 10166
Telephone: (212) 801-2157
Fax: (212) 801-6400

240,643,450