## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of the Notice of Appearance of Allan A. Kassenoff via the Court's CM/ECF system per Local Civil Rule 5.2 on this 7th day of December 2010. Any other counsel of record will be served by first class mail.

_____
Cindy F. Babbit