SDNY (Rev. 10/2006) Pro Hac Vice Motion to Admit Counsel

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MEDIEN PATENT VERWALTUNG AG,    Plaintiff,

- against -

WARNER BROS. ENTERTAINMENT, INC. et al..    Defendant.

10 cv 4119 (MC)

**MOTION TO ADMIT COUNSEL**

**PRO HAC VICE**

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Phoebe A. Wilkinson a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

| | |
|---|---|
| Applicant's Name: | DANIEL M. LECHLEITER |
| Firm Name: | Baker & Daniels LLP |
| Address: | 300 N. Meridian Street, Suite 2700 |
| City/State/Zip: | Indianapolis, Indiana 46204 |
| Phone Number: | (317) 237-1070 |
| Fax Number: | (317) 237-1000 |

U.S. DISTRICT COURT FILED DEC 08 2010 S.D. OF N.Y.

DANIEL M. LECHLEITER is a member in good standing of the Bar of the States of Indiana.

There are no pending disciplinary proceeding against DANIEL M. LECHLEITER in any State or Federal court.

Dated: 12/7/2010
City, State: New York, New York

Respectfully submitted,

*/s/ [signature]*

Sponsor's SDNY Bar: PW-3143
Firm Name: CHADBOURNE + PARKE LLP
Address: 30 Rockefeller Plaza
City/State/Zip: New York, New York 10112
Phone Number: 212 408 1157
Fax Number: 212 541 5369

SDNY Form Web 10/2006

**UNITED STATES DISTRICT**
**SOUTHERN DISTRICT OF NEW YORK**

MEDIEN PATENT VERWALTUNG AG,

                        Plaintiff,

                                                                 10 cv 4119 (MGC)

-against-

WARNER BROS. ENTERTAINMENT, INC.,
TECHNICOLOR INC., and DELUXE      Defendant.      AFFIDAVIT OF
ENTERTAINMENT SERVICES GROUP, INC.,                    PHOEBE A. WILKINSON
                                                                  IN SUPPORT OF MOTION
                                                                  TO ADMIT COUNSEL
State of New York   )                                                    PRO HAC VICE
                        )       SS:
County of New York )

Phoebe A. Wilkinson, being duly sworn, hereby deposes and says as follows:

1. I am a member of the firm of Chadbourne & Parke LLP, counsel for Defendants Warner Bros. Entertainment Inc. and Technicolor Inc. ("Defendants") in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendants' motion to admit Daniel M. Lechleiter as counsel pro hac vice to represent Defendants in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law on June 6, 1994. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have worked with members of the Baker & Daniels LLP firm for more than seven years on several matters. Mr. Lechleiter is associated with Baker & Daniels LLP, in Indianapolis, Indiana.

4. Mr. Lechleiter is a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

5. Accordingly, I am pleased to move the admission of Daniel M. Lechleiter, pro hac vice.

6. I respectfully submit a proposed order granting the admission of Daniel M. Lechleiter, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Daniel M. Lechleiter, pro hac vice, to represent Defendants in the above captioned matter, be granted.

Dated: December 8, 2010
City, State: New York, New York

Notarized: *[signature]*

CAROLINE PIGNATELLI
NOTARY PUBLIC, State of New York
No. 02PI6191127
Qualified in New York County
Commission Expires Aug 4, 2012

Respectfully submitted,

*[signature]*

Name of Movant: Phoebe A. Wilkinson
SDNY Bar Code: PW-3143

# SUPREME COURT OF
# THE STATE OF INDIANA



## *Certification*

**STATE OF INDIANA, SS:**

I, Kevin S. Smith, Clerk of the Supreme Court of Indiana, do hereby certify that

*DANIEL MARK LECHLEITER*

is a member of the bar of said Court since admission on *October 18th 2005*, and is in good standing therein.

GIVEN under my hand and the seal of said Court at Indianapolis, Indiana, this *30th* day of *November*, 20 *10*.

KEVIN S. SMITH
CLERK, SUPREME COURT OF INDIANA

SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MEDIEN PATENT VERWALTUNG AG,   Plaintiff,

10   cv   4119   ( MGC )

- against -

WARNER BROS. ENTERTAINMENT, INC., TECHNICOLOR INC., and DELUXE ENTERTAINMENT SERVICES GROUP, INC.,   Defendant.

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

Upon the motion of   Phoebe A. Wilkinson   attorney for Defendants Warner Bros. Entertainment Inc. and Technicolor Inc.

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | DANIEL M. LECHLEITER |
| Firm Name: | Baker & Daniels LLP |
| Address: | 300 N. Meridian Street, Suite 2700 |
| City/State/Zip: | Indianapolis, Indiana 46204 |
| Telephone/Fax: | (317) 237-1070 / (317) 237-1000 |
| Email Address: | daniel.lechleiter@bakerd.com |

is admitted to practice pro hac vice as counsel for Defendants Warner Bros. Entertainment Inc. and Technicolor Inc. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
City, State:   New York, New York

_____
United States District/Magistrate Judge

FOR OFFICE USE ONLY: FEE PAID $   SDNY RECEIPT#
SDNY Form Web 10/2006

## CERTIFICATE OF SERVICE

Phoebe A. Wilkinson certifies that on December 8, 2010 she served a copy of the attached papers in support of the **MOTION TO ADMIT DANIEL M. LECHLEITER PRO HAC VICE**, by electronic mail, upon the following:

>Allan Andrew Kassenoff, Esq.
>Scott J. Bornstein, Esq.
>Julie Pamela Bookbinder, Esq.
>Greenberg Traurig LLP
>200 Park Avenue
>New York, New York 10166
>kassenoffa@gtlaw.com
>bornsteins@gtlaw.com
>bookbinderj@gtlaw.com

>Richard M. Garbarini, Esq.
>501 Fifth Avenue, Suite 1708
>New York, New York 10017
>rgarbarini@garbarinilaw.com

>Karen Louise Hagberg, Esq.
>Morrison & Foerster LLP
>1290 Avenue of the Americas
>New York, New York 10104
>khagberg@mofo.com

_____
Phoebe A. Wilkinson