SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MEDIEN PATENT VERWALTUNG AG,   Plaintiff,

10 cv 4119 (CM) (MGC)

- against -

WARNER BROS. ENTERTAINMENT, INC., TECHNICOLOR INC., and DELUXE ENTERTAINMENT SERVICES GROUP, INC.,   Defendant.

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

Upon the motion of Phoebe A. Wilkinson attorney for Defendants Warner Bros. Entertainment Inc. and Technicolor Inc. and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | RICHARD TREVOR CARTER |
| Firm Name: | Baker & Daniels LLP |
| Address: | 300 N. Meridian Street, Suite 2700 |
| City/State/Zip: | Indianapolis, Indiana 46204 |
| Telephone/Fax: | (317) 237-1352 / (317) 237-8462 |
| Email Address: | trevor.carter@bakerd.com |

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/14/10

is admitted to practice pro hac vice as counsel for Defendants Warner Bros. Entertainment Inc. and Technicolor Inc. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: 12/14/10
City, State: New York, New York

United States District/Magistrate Judge

FOR OFFICE USE ONLY: FEE PAID $   SDNY RECEIPT#
SDNY Form Web 10/2006