UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MEDIEN PATENT VERWALTUNG AG,<br><br>                              Plaintiff,<br><br>vs.<br><br>WARNER BROS. ENTERTAINMENT, INC., TECHNICOLOR INC., and DELUXE ENTERTAINMENT SERVICES GROUP, INC.,<br><br>                              Defendants. | Civil Action No. 1:10-cv-04119-MGC<br><br>ECF CASE<br><br>**MOTION TO WITHDRAW<br>AS COUNSEL OF RECORD** |

**PLEASE TAKE NOTICE THAT,** Morrison and Foerster LLP, through its attorneys Karen L. Hagberg, Vincent J. Belusko, Brian F. McMahon and Alex S. Yap who previously have entered notices of appearance in this action, respectfully move this Court for leave to withdraw as counsel of record for Defendants Warner Bros. Entertainment, Inc. and Technicolor Inc ("Defendants") pursuant to Local Rule 1.4.  On information and belief, Defendants are now represented by Phoebe Ann Wilkinson of Chadbourne & Parke LLP, Daniel M. Lechleiter and Richard Trevor Carter of Baker & Daniels LLP.

ny-961615

Dated: New York, NY  
February 3, 2011

Respectfully submitted,

MORRISON & FOERSTER LLP

By: /s/ Karen L. Hagberg  
Karen L. Hagberg (khagberg@mofo.com)  
1290 Avenue of the Americas  
New York, New York  10104-0050  
Tel:  212.468.8000  
Fax: 212.468.7900

Vincent J. Bekusko (vbelusko@mofo.com)  
Brian F. McMahon (bmcmahon@mofo.com)  
Alex S. Yap (ayap@mofo.com)  
555 West Fifth Street, 35th Floor  
Los Angeles, California  90013  
Tel:  (213) 892-5454  
Fax:  (213) 892-5454

*Attorneys for Defendants*  
*Warner Bros. Entertainment, Inc. &*  
*Technicolor Inc.*

SO ORDERED:

Dated: _____, 2011

_____  
The Honorable Miriam Goldman Cedarbaum  
United States District Judge

2