AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN        DISTRICT OF        NEW YORK

**APPEARANCE**

Case Number: 1:10-CV-04119-CM

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Plaintiff Medien Patent Verwaltung AG

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 2/15/2011 | *[signature]* |
| Date | Signature |
| | Andrew M. Riddles — AR9072 |
| | Print Name — Bar Number |
| | Crowell & Moring LLP, 590 Madison Avenue |
| | Address |
| | New York — NY — 10022 |
| | City — State — Zip Code |
| | (212) 223-4000 — (212) 223-4134 |
| | Phone Number — Fax Number |