UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MEDIEN PATENT VERWALTUNG AG,<br><br>                     Plaintiff,<br><br>            v.<br><br>WARNER BROS. ENTERTAINMENT, INC., TECHNICOLOR INC., and DELUXE ENTERTAINMENT SERVICES GROUP, INC.,<br><br>                     Defendants. | Civil Action No. 10-cv-04119 (CM) (GWG)<br><br>ECF Case<br><br>**JURY TRIAL DEMANDED** |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 15, 2011, all counsel of record who have consented to electronic service were served with a true and correct copy of the Notice of Appearance of Andrew M. Riddles as counsel for Plaintiff Medien Patent Verwaltung AG via the Court's CM/ECF system. All other counsel of record were served on February 15, 2011 via electronic mail as follows:

> Vincent J. Belusko
> vbelusko@mofo.com
> Alex S.F. Yap
> ayap@mofo.com
> Brian F. McMahon
> bmcmahon@mofo.com
> MORRISON & FOERSTER LLP
> 555 West Fifth Street, 35th Floor
> Los Angeles, CA 90013
> (213) 892-5200
> FAX: (213) 892-5454

                                                             Sean E. Jackson