IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
MEDIEN PATENT VERWALTUNG AG,

                 Plaintiff,

          v.

WARNER BROS. ENTERTAINMENT, INC.,
TECHNICOLOR INC., and DELUXE
ENTERTAINMENT SERVICES GROUP, INC.,

                 Defendants.
-----------------------------------------------------------------x

Case No. 10 Civ. 4119 (MGC)

**MOTION TO WITHDRAW AS COUNSEL**

      Pursuant to Local Civil Rule 1.4, Garbarini Law Group P.C., Richard M. Garbarini, and Bradley S. Corsello, who have previously appeared in this action for Plaintiff Medien Patent Verwaltung AG, respectfully move the Court for permission to withdraw as counsel of record. Plaintiff is now represented in this action by Andrew Riddles of Crowell & Moring LLP, who has filed a notice of appearance, Docket No. 57.

Dated:  February 22, 2011

                                      Respectfully submitted,

                                      ____/s/ _____
                                      Bradley S. Corsello  (BC2726)
                                      GARBARINI LAW GROUP P.C.
                                      501 Fifth Avenue  Suite 1708
                                      New York, New York 10017
                                      Phone: (212) 300-5358
                                      Fax:    (888) 265-7054
                                      bcorsello@garbarinilaw.com

                                      *Attorneys for Plaintiff*

SO ORDERED.

Dated: _____, 2011

_____
        The Honorable Colleen McMahon
            United States District Judge

## CERTIFICATE OF SERVICE

I certify that on February 22, 2011, a true and correct copy of the foregoing MOTION TO WITHDRAW AS COUNSEL has been served to all counsel of record through the Court's ECF system.

_____/s/ _____
Bradley S. Corsello