**ORIGINAL**

SDNY (Rev. 10/2006) Pro Hac Vice Motion to Admit Counsel

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| Medien Patent Verwaltung AG | Plaintiff, |
|---|---|

10 cv 04119 (CM)

- against -

MOTION TO ADMIT COUNSEL

Warner Bros. Entertainment, Inc., et al.   Defendant.

PRO HAC VICE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Andrew M. Riddles, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

Applicant's Name: Sean E. Jackson
Firm Name: Crowell & Moring LLP
Address: 590 Madison Avenue
City/State/Zip: New York, NY 10022-2524
Phone Number: (212) 223-4000
Fax Number: (212) 223-4134

Sean E. Jackson is a member in good standing of the Bar of the States of New York and Connecticut.

There are no pending disciplinary proceeding against Sean E. Jackson in any State or Federal court.

Dated: 2/18/11
City, State: New York, New York

Respectfully submitted,

*[signature]*

Sponsor's Andrew M. Riddles
SDNY Bar AR-9072
Firm Name: Crowell & Moring LLP
Address: 590 Madison Avenue, 20th Floor
City/State/Zip: New York, NY 10022-2524
Phone Number: (212) 223-4000
Fax Number: (212) 223-4134

SDNY Form Web 10/2006

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MEDIEN PATENT VERWALTUNG AG,<br><br>      Plaintiff,<br><br>  v.<br><br>WARNER BROS. ENTERTAINMENT, INC., TECHNICOLOR INC., AND DELUXE ENTERTAINMENT SERVICES GROUP, INC.<br><br>      Defendants. | Civil Action No. 10-CV-04119 (CM) (GWG)<br><br>ECF Case<br><br>**AFFIDAVIT OF ANDREW M. RIDDLES IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE** |

  Andrew M. Riddles, being duly sworn, hereby deposes and says as follows:

  1.  I am a partner at Crowell & Moring LLP, counsel for Plaintiff in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Sean E. Jackson as counsel *pro hac vice* to represent Plaintiff in this matter.

  2.  I am a member in good standing of the bar of the State of New York, and was admitted to practice law in 1986. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

  3.  I have known Sean E. Jackson since 2009.

  4.  Mr. Jackson is an Associate at Crowell & Moring LLP, in New York, NY.

  5.  I have found Mr. Jackson to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Sean E. Jackson, *pro hac vice*.

7. I respectfully submit a proposed order granting the admission of Sean E. Jackson, *pro hac vice*, which is attached hereto.

WHEREFORE it is respectfully requested that the motion to admit Sean E. Jackson, *pro hac vice*, to represent Plaintiffs in the above captioned matter, be granted.

Dated: 2/18/11

City, State: New York, NY

_____
Notary Public

Subscribed to and sworn before me this
____ day of February, 2011

Respectfully submitted,

_____
Andrew M. Riddles
ariddles@crowell.com
CROWELL & MORING LLP
590 Madison Avenue
New York, NY 10022-2524
Ph: (212) 223-4000
Fax: (212) 223-4134

DOUGLAS R. ARNTSEN
NOTARY PUBLIC, STATE OF NEW YORK
NO. 02AR6115728
QUALIFIED IN RICHMOND COUNTY
COMMISSION EXPIRES SEPTEMBER 13, 20__

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 22, 2011, a true and correct copy of the MOTION TO ADMIT COUNSEL *PRO HAC VICE*, AFFIDAVIT OF ANDREW M. RIDDLES IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*, and PROPOSED ORDER were served to all counsel of record as follows:

### BY ELECTRONIC MAIL

Richard M. Garbarini
rgarbarini@garbarinilaw.com
GARBARINI LAW GROUP P.C.
501 Fifth Avenue, Suite 1708
New York, NY  10017
(212) 300-5358
Fax:  (888) 265-7054
*Attorney for Plaintiff Medien Patent Verwaltung AG*


Phoebe Anne Wilkinson
pwilkinson@chadbourne.com
CHADBOURNE & PARKE LLP
30 Rockefeller Plaza
New York, NY  10112
(212) 408-1157
Fax:  (212) 541-5369

Daniel M. Lechleiter
daniel.lechleiter@bakerd.com
Richard Trevor Carter
trevor.carter@bakerd.com
BAKER & DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, IN  46204
(317) 237-0300
Fax:  (317) 237-1000

Karen Louise Hagberg
khagberg@mofo.com
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, NY  10104
(212) 468-8000
Fax:  (212) 468-7999

3

Vincent J. Belusko
vbelusko@mofo.com
Alex S.F. Yap
ayap@mofo.com
Brian F. McMahon
bmcmahon@mofo.com
MORRISON & FOERSTER LLP
555 West Fifth Street, 35th Floor
Los Angeles, CA  90013
(213) 892-5200
Fax:  (213) 892-5454
*Attorneys for Defendants Warner Bros. Entertainment, Inc. and Technicolor Inc.*


Scott J. Bornstein
bornsteins@gtlaw.com
Allan A. Kassenoff
kassenoffa@gtlaw.com
Julie P. Bookbinder
bookbinderj@gtlaw.com
GREENBERG TRAURIG, LLP
MetLife Building
200 Park Avenue, 34th Floor
New York, NY  10166
(212) 801-9200
Fax:  (212) 801-6400
*Attorneys for Defendant Deluxe Entertainment Services Group Inc.*

_____
Sean E. Jackson

4

SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Medien Patent Verwaltung AG      Plaintiff,

10 cv 04119   (CM)

- against -

Warner Bros. Entertainment, Inc., Defendant.
et al.

ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION

Upon the motion of Andrew M. Riddles, attorney for Medien Patent Verwaltung AG

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Sean E. Jackson |
| Firm Name: | Crowell & Moring LLP |
| Address: | 590 Madison Avenue |
| City/State/Zip: | New York, NY 10022-2524 |
| Telephone/Fax: | (212) 223-4000 |
| Email Address: | sjackson@crowell.com |

is admitted to practice pro hac vice as counsel for Medien Patent Verwaltung AG in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
City, State:

United States District/Magistrate Judge

FOR OFFICE USE ONLY: FEE PAID $          SDNY RECEIPT#
SDNY Form Web 10/2006

### Appellate Division of the Supreme Court
### of the State of New York
### First Judicial Department

---

I, Susanna Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

## SEAN E. JACKSON

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on **June 20, 2006**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on

February 10, 2011

_____
Clerk of the Court

6632

# State of Connecticut
# Supreme Court

I, **Michele T. Angers**, Chief Clerk of the Supreme Court of the State of Connecticut and keeper of the Seal thereof,

***Do hereby certify***, that, in the Supreme Court at Hartford, on the 31st day of October, 2005

**Sean Eric Jackson**

of

**Fairfield, Connecticut**

having been examined and found duly qualified, was sworn as an attorney and admitted to practice before all the courts of this state, and that said attorney is a member in good standing of the Bar of this State pursuant to Practice Book §2-65.

***In Testimony Whereof***, I have hereunto set my hand and affix the Seal of the Supreme Court of the State of Connecticut, at Hartford, this day   February 15, 2011

*Michele T. Angers*
Chief Clerk

