# COURTESY COPY

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MEDIEN PATENT VERWALTUNG AG, | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 10-cv-04119 (CM) (GWG) |
| | ) |
| | ) ECF Case |
| v. | ) |
| | ) |
| WARNER BROS. ENTERTAINMENT, INC., | ) **JURY TRIAL DEMANDED** |
| TECHNICOLOR INC., and DELUXE | ) |
| ENTERTAINMENT SERVICES GROUP, INC., | ) |
| | ) |
| Defendants. | ) |

## ~~PROPOSED~~ ORDER

UPON the Motion of Plaintiff Medien Patent Verwaltung AG for Withdrawal of Counsel, the

supporting declaration of Andrew M. Riddles, and the Consent to Substitution of Counsel for Plaintiff

Medien Patent Verwaltung AG, executed by Gerhard Lehmann of Medien Patent Verwaltung AG, prior

counsel Richard M. Garbarini of Garbarini Law Group P.C., and counsel Andrew M. Riddles of Crowell

& Moring LLP;

IT IS ORDERED that Garbarini Law Group P.C. and all associated attorneys are hereby

withdrawn as counsel for Plaintiff Medien Patent Verwaltung AG. *And that Crowell + Morning*
*LLP shall be substituted as Counsel.*
IT IS FURTHER ORDERED that a copy of this Order shall be served upon all counsel of record

in this case.

Dated:  New York, New York
        February 25, 2011

_____
Honorable Colleen McMahon
United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/25/11

NYACTIVE-11779185.1