UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MEDIEN PATENT VERWALTUNG AG, <br><br> Plaintiff, <br><br> v. <br><br> WARNER BROS. ENTERTAINMENT, INC., TECHNICOLOR INC., and DELUXE ENTERTAINMENT SERVICES GROUP, INC., <br><br> Defendants. | Civil Action No. 10-cv-04119 (CM) (GWG) <br><br> ECF Case <br><br> **JURY TRIAL DEMANDED** |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 28, 2011, a true and correct copy of the Court's Order granting the Motion of Plaintiff Medien Patent Verwaltung AG for Withdrawal of Counsel was served to all counsel of record as follows:

### BY ELECTRONIC MAIL

Richard M. Garbarini
rgarbarini@garbarinilaw.com
Bradley S. Corsello
bcorsello@garbarinilaw.com
GARBARINI LAW GROUP P.C.
501 Fifth Avenue, Suite 1708
New York, NY  10017
(212) 300-5358
Fax:  (888) 265-7054
*Withdrawing Attorneys for Plaintiff Medien Patent Verwaltung AG*

Phoebe Anne Wilkinson
pwilkinson@chadbourne.com
CHADBOURNE & PARKE LLP
30 Rockefeller Plaza
New York, NY 10112
(212) 408-1157
Fax: (212) 541-5369

Daniel M. Lechleiter
daniel.lechleiter@bakerd.com
Richard Trevor Carter
trevor.carter@bakerd.com
BAKER & DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, IN 46204
(317) 237-0300
Fax: (317) 237-1000

Karen Louise Hagberg
khagberg@mofo.com
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, NY 10104
(212) 468-8000
Fax: (212) 468-7999

Vincent J. Belusko
vbelusko@mofo.com
Alex S.F. Yap
ayap@mofo.com
Brian F. McMahon
bmcmahon@mofo.com
MORRISON & FOERSTER LLP
555 West Fifth Street, 35th Floor
Los Angeles, CA 90013
(213) 892-5200
Fax: (213) 892-5454
*Attorneys for Defendants Warner Bros. Entertainment, Inc. and Technicolor Inc.*

Scott J. Bornstein
bornsteins@gtlaw.com
Allan A. Kassenoff
kassenoffa@gtlaw.com
Julie P. Bookbinder
bookbinderj@gtlaw.com
GREENBERG TRAURIG, LLP
MetLife Building
200 Park Avenue, 34th Floor
New York, NY  10166
(212) 801-9200
Fax:  (212) 801-6400
*Attorneys for Defendant Deluxe Entertainment Services Group Inc.*

Sean E. Jackson