```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/3/11
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MEDIEN PATENT VERWALTUNG AG,

                    Plaintiff,

vs.

WARNER BROS. ENTERTAINMENT, INC.,
TECHNICOLOR INC., and DELUXE
ENTERTAINMENT SERVICES GROUP,
INC.,

                    Defendants.

Civil Action No. 1:10-cv-04119-CM

ECF CASE

**MEMO ENDORSED**

**AMENDED MOTION TO WITHDRAW AS COUNSEL OF RECORD**

      **PLEASE TAKE NOTICE THAT,** Morrison and Foerster LLP, through its attorneys Karen L. Hagberg, Vincent J. Belusko, Brian F. McMahon and Alex S. Yap who previously have entered notices of appearance in this action, respectfully move this Court for leave to withdraw as counsel of record for Defendants Warner Bros. Entertainment, Inc. and Technicolor Inc. ("Defendants") pursuant to Local Rule 1.4. Defendants are now represented by Phoebe Ann Wilkinson of Chadbourne & Parke LLP, and Daniel M. Lechleiter and Richard Trevor Carter of Baker & Daniels LLP, who entered their notices of appearances on December 3, 2010, December 8, 2010 and December 9, 2010 respectively.

3/3/11 Motion granted [handwritten endorsement]

ny-965428

A proposed order granting the requested relief is attached as Exhibit A to this Motion.

Dated: New York, NY  
       March 2, 2011

Respectfully submitted,

MORRISON & FOERSTER LLP

By: /s/ Karen L. Hagberg  
Karen L. Hagberg (khagberg@mofo.com)  
1290 Avenue of the Americas  
New York, New York 10104-0050  
Tel: 212.468.8000  
Fax: 212.468.7900

Vincent J. Bekusko (vbelusko@mofo.com)  
Brian F. McMahon (bmcmahon@mofo.com)  
Alex S. Yap (ayap@mofo.com  
555 West Fifth Street, 35th Floor  
Los Angeles, California 90013  
Tel: (213) 892-5454  
Fax: (213) 892-5454

*Attorneys for Defendants*  
*Warner Bros. Entertainment, Inc. &*  
*Technicolor Inc.*