UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

MEDIEN PATENT VERWALTUNG AG,

      Plaintiff,

-against-                                      10 Civ. 4119 (CM)

WARNER BROS. ENTERTAINMENT INC.,
Et al.,

      Defendants.

----------------------------------------------------------X

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/19/11
```

## MARKMAN BRIEFING SCHEDULE (PHASE I)

McMahon, J.:

      The parties have submitted a Joint Claim Construction Statement. There are three disputed claim terms. The parties have set forth their respective positions in summary form.

      The patent owner must file a Phase I Claim Construction Brief and supporting papers (using intrinsic evidence only) addressed to the construction of the disputed terms by May 27, 2011. All other parties must file their Phase I Claim Construction Briefs and supporting papers, also limited to intrinsic evidence only, by June 17. The patent owner may file a reply brief by June 24. There will be no additional briefing thereafter. The court will either construe the disputed claim terms on the basis of these submissions or ask for the submission of extrinsic evidence should that be required.

Dated: April 19, 2011

                                                                               _____
                                                                                         U.S.D.J.

BY ECF TO ALL COUNSEL