IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MEDIEN PATENT VERWALTUNG AG,<br><br>        Plaintiff,<br><br>v.<br><br>WARNER BROS. ENTERTAINMENT INC., TECHNICOLOR INC. and DELUXE ENTERTAINMENT SERVICES GROUP INC.,<br><br>        Defendants. | Civil Action No. 1:10-cv-04119-CM<br><br>ECF Case<br><br>**JURY TRIAL DEMANDED** |

### DECLARATION OF SEAN E. JACKSON, ESQ.
### IN SUPPORT OF THE OPENING CLAIM CONSTRUCTION BRIEF
### OF PLAINTIFF MEDIEN PATENT VERWALTUNG AG

I, Sean E. Jackson, declare as follows:

1. I am an attorney in good standing admitted to the bar of the States of New York and Connecticut and am associated with the law firm of Crowell & Moring, LLP. I submit this declaration in support of the Opening Claim Construction Brief of Plaintiff Medien Patent Verwaltung AG.

2. Attached hereto as **Exhibit A** is a true and correct copy of the document entitled "The Cost of Movie Piracy," prepared by L.E.K. Consulting for the Motion Picture Association.

3. Attached hereto as **Exhibit B** is a true and correct copy of the USA Today® article entitled "Movie Industry Steps Up Piracy Battle," dated March 13, 2008 and authored by Scott Bowles, available at http://www.usatoday.com/life/movies/news/2008-03-11-showest-piracy_N.htm.

4. Attached hereto as **Exhibit C** is a true and correct copy of United States Patent No. 7,187,633.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 27, 2011

                                                          Sean E. Jackson

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 27, 2011, a true and correct copy of the foregoing DECLARATION OF SEAN E. JACKSON, ESQ. IN SUPPORT OF THE OPENING CLAIM CONSTRUCTION BRIEF OF PLAINTIFF MEDIEN PATENT VERWALTUNG AG and attached EXHIBITS A, B, and C were served to all counsel of record via the Court's CM/ECF system and via electronic mail as follows:

Phoebe Anne Wilkinson, Esq.
**CHADBOURNE & PARKE LLP**
30 Rockefeller Plaza
New York, NY 10112
(212) 408-1157
Fax: (212) 541-5369
pwilkinson@chadbourne.com

Daniel M. Lechleiter, Esq.
Richard Trevor Carter, Esq.
**BAKER & DANIELS LLP**
300 North Meridian Street, Suite 2700
Indianapolis, IN 46204
(317) 237-0300
Fax: (317) 237-1000
daniel.lechleiter@bakerd.com
trevor.carter@bakerd.com

*Attorneys for Defendants Warner Bros. Entertainment, Inc. and Technicolor Inc.*

Scott J. Bornstein, Esq.
Allan A. Kassenoff, Esq.
Julie P. Bookbinder, Esq.
**GREENBERG TRAURIG, LLP**
MetLife Building
200 Park Avenue, 34th Floor
New York, NY 10166
(212) 801-9200
Fax: (212) 801-6400
bornsteins@gtlaw.com
kassenoffa@gtlaw.com
bookbinderj@gtlaw.com

*Attorneys for Defendant Deluxe Entertainment Services Group Inc.*

_____
Sean E. Jackson