IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
MEDIEN PATENT VERWALTUNG AG,

                            Plaintiff,

                            Case No. 10 Civ. 4119 (MGC)

                            v.

WARNER BROS. ENTERTAINMENT, INC.,
TECHNICOLOR INC., and DELUXE
ENTERTAINMENT SERVICES GROUP INC.,

                            Defendants.
-------------------------------------------------------------x

## DECLARATION OF JULIE P. BOOKBINDER IN SUPPORT OF DEFENDANT DELUXE ENTERTAINMENT SERVICES GROUP INC.'S PHASE ONE CLAIM CONSTRUCTION BRIEF

JULIE P. BOOKBINDER declares under penalty of perjury:

1.    I am an attorney at law duly licensed to practice law in the States of New York and New Jersey, admitted to the United States District Court, Southern District of New York, and I am an associate with the law firm of Greenberg Traurig, LLP, attorneys of record for Defendant Deluxe Entertainment Services Group Inc. ("Deluxe") in the above-entitled action, and make this declaration in support of Deluxe's Phase One Claim Construction Brief. Unless otherwise stated, I have personal knowledge of the facts set forth in this declaration, and if called as a witness, could and would competently testify as set forth below.

2.    Attached hereto as Exhibit A is a true and correct copy of U.S. Patent No. 7,187,633.

3.    Attached hereto as Exhibit B is a true and correct copy of an article by Richard Verrier, titled "Technicolor to close North Hollywood film printing plant," dated November 19,

241284767_1

2010, printed from the website http://latimesblogs.latimes.com/entertainmentnewsbuzz/2010/11/technicolor-to-close-north-hollywood-film-printing-plant.html.

4. Attached hereto as Exhibit C is a true and correct copy of a press release from Cinedigm Digital Cinema Corp., titled "Telluride Film Festival Names Cinedigm as Official Digital Cinema Advisor," dated August 11, 2010, printed from the website http://investor.cinedigm.com/releasedetail.cfm?releaseid=498445.

5. Attached hereto as Exhibit D is a true and correct copy of a webpage titled "About Digital Cinema," resolving at http://www.cheyennetheater.com/digital/.

6. Attached hereto as Exhibit E is a true and correct copy of an excerpt from *Random House Unabridged Dictionary* (2d ed. 1993).

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

DATED: June 17, 2011

                                                                              Julie P. Bookbinder