**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MEDIEN PATENT VERWALTUNG AG,<br><br>　　　　　*Plaintiff*,<br><br>　　　　　*v*.<br><br>WARNER BROS. ENTERTAINMENT, INC., TECHNICOLOR INC., *and* DELUXE ENTERTAINMENT SERVICES GROUP, INC.,<br><br>　　　　　*Defendants*. | Case No. 1:10-cv-04119-CM<br><br>Hon. Colleen McMahon |

## NOTICE OF CHANGE OF LAW FIRM AND E-MAIL ADDRESSES

R. Trevor Carter and Daniel M. Lechleither (collectively "Counsel"), counsel for defendants, Warner Bros. Entertainment, Inc. and Technicolor Inc., notify the Court and all other counsel of record that their law firm's name has changed to Faegre Baker Daniels LLP. Counsel's mailing address, firm telephone number, firm fax number and individual direct telephone numbers remain unchanged; however, Counsel's individual e-mail addresses have changed. Counsel may now be served at:

> R. Trevor Carter
> Daniel M. Lechleiter
> FAEGRE BAKER DANIELS LLP
> 300 North Meridian Street, Suite 2700
> Indianapolis, Indiana 46204
> Telephone: (317) 237-0300
> Facsimile: (317) 237-1000
> E-mail: trevor.carter@faegrebd.com
> 　　　　 daniel.lechleiter@faegrebd.com

| | |
|---|---|
| Dated: January 10, 2012 | /s/ R. Trevor Carter |

R. Trevor Carter (*pro hac vice*)
Daniel M. Lechleiter (*pro hac vice*)
**FAEGRE BAKER DANIELS LLP**
300 North Meridian Street, Suite 2700
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
E-mail: trevor.carter@faegrebd.com
    daniel.lechleiter@faegrebd.com

Phoebe A. Wilkinson (SDNY Bar PW-3143)
**CHADBOURNE & PARKE LLP**
30 Rockefeller Plaza
New York, New York 10112
Telephone: (212) 408-1157
Facsimile: (212) 541-5369
E-mail: pwilkinson@chadbourne.com

*Counsel for Defendants Warner Bros.*
*Entertainment Inc. and Technicolor Inc.*

## CERTIFICATE OF SERVICE

Pursuant to Rules 5(a)(1), 5(b)(1), and 5(b)(2)(E) of the Federal Rules of Civil Procedure, and Local Civil Rule 5.2, the undersigned hereby certifies that on January 10, 2012, a true and correct copy of the foregoing document was served on the following counsel of record in this matter via the Court's CM/ECF system.

/s/ R. Trevor Carter