

**crowell moring**

590 Madison Avenue, 20th Floor, New York, NY 10022-2524 • p212 223-4000 • f212 223-4134

July 30, 2012

**VIA FACSIMILE**

Honorable Colleen McMahon
United States District Judge
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007-1312

**MEMO ENDORSED**

Re: Medien Patent Verwaltung AG v. Warner Bros. Entertainment, Inc., et al.
Civil Action No.: 1:10-cv-04119-CM

Dear Judge McMahon:

In accordance with the Court's endorsement, dated July 10, 2012 (Dkt. No. 87), Plaintiff Medien Patent Verwaltung AG and defendants Warner Bros. Entertainment, Inc., Technicolor Inc. (collectively "WB/Technicolor") and Deluxe Entertainment Services Group, Inc., through their undersigned counsel, hereby submit the attached Joint Proposed Case Schedule for consideration and approval by the Court.

Respectfully submitted:

s/ Sean E. Jackson
Andrew M. Riddles
Sean E. Jackson
CROWELL & MORING LLP
590 Madison Avenue, 20th Floor
New York, NY 10022
Ph: (212) 223-4000
Fax: (212) 223-4134
ariddles@crowell.com
sjackson@crowell.com

*Attorneys for Plaintiff Medien Patent Verwaltung AG*

s/ R. Trevor Carter (with permission)
R. Trevor Carter (*pro hac vice*)
Daniel M. Lechleiter (*pro hac vice*)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, IN 46204
Ph: (317) 237-0300
Fax: (317) 237-1000
trevor.carter@faegrebd.com
daniel.lechleiter@faegrebd.com

7/31/2012

*The schedule is fine through Item 9. After that, we will contact you.*

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/31/12

Honorable Colleen McMahon
July 30, 2012
Page 2

                                          Phoebe Anne Wilkinson
                                          CHADBOURNE & PARKE LLP
                                          30 Rockefeller Plaza
                                          New York, NY 10112
                                          Ph: (212) 408-1157
                                          Fax: (212) 541-5369
                                          pwilkinson@chadbourne.com

                                          *Attorneys for Defendants Warner Bros.*
                                          *Entertainment Inc. and Technicolor Inc.*

                                          <u>s/ Scott J. Bornstein (with permission)</u>
                                          Scott J. Bornstein
                                          Allan A. Kassenoff
                                          Julie P. Bookbinder
                                          GREENBERG TRAURIG, LLP
                                          MetLife Building
                                          200 Park Avenue, 34th Floor
                                          New York, NY 10166
                                          Ph: (212) 801-9200
                                          Fax: (212) 801-6400
                                          bornsteins@gtlaw.com
                                          kassenoff@gtlaw.com
                                          bookbinderj@gtlaw.com

                                          *Attorneys for Defendant Deluxe*
                                          *Entertainment Services Group Inc.*

Attachment

*Medien Patent Verwaltung AG v. Warner Bros. Entertainment, Inc., et al.*
Case No.: 10-cv-04119-CM

## JOINT PROPOSED CASE SCHEDULE

|    | Event | Proposed Schedule |
|----|-------|-------------------|
| 1  | Deadline to Amend Pleadings | September 14, 2012 |
| 2  | Deadline to Add Parties | September 14, 2012 |
| 3  | Close of Fact Discovery | November 28, 2012 |
| 4  | Deadline for Parties to serve Opening Expert Reports on issues for which they bear the burden of proof | December 11, 2012 |
| 5  | Deadline for Parties to serve Rebuttal Expert Reports | December 21, 2012 |
| 6  | Close of Expert Discovery | December 31, 2012 |
| 7  | Deadline to file any *Daubert* motions | January 14, 2013 |
| 8  | Deadline to file any dispositive motions | January 31, 2013 |
| 9  | Joint Pre-Trial Statement due (including action, factual basis for action, disputed legal issues, joint set of jury instructions, exchange of exhibits, deposition designations, etc.) | March 21, 2013 |
| 10 | Deadline to file any motions *in limine* and objections to evidence/exhibits | April 1, 2013 |
| 11 | Deadline to file a response to any motions *in limine* and objections to evidence/exhibits | April 11, 2013 |
| 12 | Pre-Trial Conference (subject to Court calendar) | April 16, 2013 |
| 13 | Trial ready date or 30 days after denial of dispositive motions (subject to Court calendar) | April 29, 2013[1] |

---

[1] WB/Technicolor counsel is currently set for a May trial term beginning May 6, 2013 in the Middle District of Florida.