IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
MEDIEN PATENT VERWALTUNG AG,

                            Plaintiff,

                v.

WARNER BROS. ENTERTAINMENT, INC.,
TECHNICOLOR INC., and DELUXE
ENTERTAINMENT SERVICES GROUP INC.,

                          Defendants.
-----------------------------------------------------------------x

Case No. 10 Civ. 4119 (CM)

### NOTICE OF DEFENDANT DELUXE ENTERTAINMENT SERVICES GROUP INC.'S MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT OF THE PATENT-IN-SUIT

PLEASE TAKE NOTICE that upon Defendant Deluxe Entertainment Services Group Inc.'s Memorandum Of Law In Support Of Its Motion For Summary Judgment Of Non-Infringement Of The Patent-In-Suit, dated August 24, 2012, the accompanying Declaration of Joseph Wary and the exhibits attached thereto, Deluxe's Statement of Undisputed Facts Pursuant to Local Rule 56.1, and upon all the papers and pleadings filed in this action, defendant Deluxe Entertainment Services Group Inc. will move this Court before the Honorable Colleen McMahon, United States District Judge for the Southern District of New York, at the United States Courthouse, 500 Pearl Street, New York, NY 10007, on a date to be determined, for an Order pursuant to Federal Rule of Civil Procedure 56 granting its Motion for Summary Judgment.

NY 242,302,399v1

Dated:  August 24, 2012

By: /s/  Allan A. Kassenoff

Scott J. Bornstein
E-mail: bornsteins@gtlaw.com
Allan A. Kassenoff
E-mail: kassenoffa@gtlaw.com
Julie P. Bookbinder
E-mail: bookbinderj@gtlaw.com
GREENBERG TRAURIG, LLP
MetLife Building
200 Park Avenue
New York, New York 10166
Telephone: (212) 801-9200
Facsimile: (212) 801-6400

**COUNSEL FOR DELUXE ENTERTAINMENT SERVICES GROUP INC.**

## **CERTIFICATE OF SERVICE**

     I hereby certify that on August 24, 2012, the foregoing was served upon all counsel of record via electronic service.

                                         /s/  Allan A. Kassenoff
                                          Allan A. Kassenoff