# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MEDIEN PATENT VERWALTUNG AG,<br><br>   *Plaintiff*,<br><br>  v.<br><br>WARNER BROS. ENTERTAINMENT, INC.,<br>TECHNICOLOR INC., and DELUXE<br>ENTERTAINMENT SERVICES GROUP<br>INC.,<br><br>   *Defendants*. | Case No. 1:10-cv-04119-CM |

## <u>NOTICE OF APPEARANCE</u>

Please enter the appearance of Mark M. Supko of Crowell & Moring LLP as counsel of record for Plaintiff Medien Patent Verwaltung AG in the above-captioned action.   I certify that I am admitted to practice in this Court.


Dated: August 26, 2012    Respectfully submitted,

           /s/ Mark M. Supko
         Mark M. Supko (MS-7590)
         CROWELL & MORING LLP
         1001 Pennsylvania Avenue, NW
         Washington, DC 20004
         Phone:  (202) 624-2500
         Fax: (202) 628-5116
         msupko@crowell.com

         *Attorneys for Plaintiff*
         *Medien Patent Verwaltung AG*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned counsel of record hereby certifies that a true and correct copy of the

foregoing document was filed electronically via the court's CM/ECF system on August 26, 2012,

with copies served automatically on all counsel of record by email through the CM/ECF system.

                /s/ Mark M. Supko
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004
Phone:  (202) 624-2500
Fax: (202) 628-5116
msupko@crowell.com