IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MEDIEN PATENT VERWALTUNG AG,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>WARNER BROS. ENTERTAINMENT INC., TECHNICOLOR INC. and DELUXE ENTERTAINMENT SERVICES GROUP INC.,<br><br>　　　　　Defendants. | Civil Action No. 1:10-cv-04119-CM<br><br>ECF Case<br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFF MEDIEN PATENT VERWALTUNG AG'S**
**NOTICE OF CROSS-MOTION FOR SUMMARY JUDGMENT OF INFRINGEMENT**

PLEASE TAKE NOTICE that upon the annexed: (1) Declaration of Gerhard Lehmann, dated September 7, 2012, and the exhibits attached thereto; (2) Declaration of Sean E. Jackson, Esq., dated September 7, 2012, and the exhibits attached thereto; (3) Local Rule 56.1 Statement of MPV; and (4) Memorandum of Law in Opposition to Deluxe's Motion for Summary Judgment of Non-Infringement and in Support of MPV's Cross-Motion for Summary Judgment of Infringement, and the Affidavit of Joseph Wary (Dkt. No. 92), Plaintiff Medien Patent Verwaltung AG ("MPV"), by and through its undersigned counsel, will move this Court pursuant to Rule 56 of the Federal Rules of Civil Procedure at the United States Courthouse, Southern District of New York, 500 Pearl Street, New York, NY 10007-1312, on such date and at such time as the Court may direct, for an order granting Plaintiff's instant cross-motion for summary judgment of infringement by defendant Deluxe Entertainment Services Group Inc.

("Deluxe") of U.S. Patent No. 7,187,633, denial of Deluxe's motion for summary judgment of infringement (Dkt. No. 90), and for such other and further relief as this Court may deem just and proper.

Dated:  September 7, 2012                              Respectfully submitted,

By:   s/ Sean E. Jackson
Andrew M. Riddles
Sean E. Jackson
**CROWELL & MORING LLP**
590 Madison Avenue
New York, NY  10022-2544
Ph:  (212) 223-4000
Fax:  (212) 223-4134
ariddles@crowell.com
sjackson@crowell.com

Jeffrey D. Sanok
Mark M. Supko
**CROWELL & MORING LLP**
1001 Pennsylvania Avenue, N.W.
Washington, D.C.  20004-2595
Tel:  (202) 624-2500
Fax:  (202) 628-5116
jsanok@crowell.com
msupko@crowell.com

*Attorneys for Plaintiff Medien Patent Verwaltung AG*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 7, 2012, a true and correct copy of the foregoing PLAINTIFF MEDIEN PATENT VERWALTUNG AG'S NOTICE OF CROSS-MOTION FOR SUMMARY JUDGMENT OF INFRINGEMENT was served to all counsel of record via the Court's CM/ECF system and via electronic mail as follows:

| | |
|---|---|
| Phoebe Anne Wilkinson, Esq.<br>**CHADBOURNE & PARKE LLP**<br>30 Rockefeller Plaza<br>New York, NY  10112<br>(212) 408-1157<br>Fax:  (212) 541-5369<br>pwilkinson@chadbourne.com | Daniel M. Lechleiter, Esq.<br>Richard Trevor Carter, Esq.<br>**FAEGRE BAKER DANIELS LLP**<br>300 North Meridian Street, Suite 2700<br>Indianapolis, IN  46204<br>(317) 237-0300<br>Fax:  (317) 237-1000<br>trevor.carter@faegrebd.com<br>daniel.lechleiter@faegrebd.com |

*Attorneys for Defendants Warner Bros. Entertainment, Inc. and Technicolor Inc.*

Scott J. Bornstein, Esq.
Allan A. Kassenoff, Esq.
Julie P. Bookbinder, Esq.
**GREENBERG TRAURIG, LLP**
MetLife Building
200 Park Avenue, 34th Floor
New York, NY  10166
(212) 801-9200
Fax:  (212) 801-6400
bornsteins@gtlaw.com
kassenoffa@gtlaw.com
bookbinderj@gtlaw.com

*Attorneys for Defendant Deluxe Entertainment Services Group Inc.*

                                                          s/ Sean E. Jackson
                                                          Sean E. Jackson