## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

MEDIEN PATENT VERWALTUNG AG,

                    Plaintiff,

        v.

WARNER BROS. ENTERTAINMENT INC.,
TECHNICOLOR INC. and DELUXE
ENTERTAINMENT SERVICES GROUP INC.,

                Defendants.

Civil Action No. 1:10-cv-04119-CM

ECF Case

**JURY TRIAL DEMANDED**

## DECLARATION OF SEAN E. JACKSON, ESQ.

I, Sean E. Jackson, declare as follows:

      1.      I am an attorney in good standing admitted to the bar of the States of New York and Connecticut and am associated with the law firm of Crowell & Moring, LLP.  I submit this declaration in support of plaintiff Medien Patent Verwaltung AG's ("MPV") Opposition to defendant Deluxe Entertainment Services Group Inc.'s motion for summary judgment of non-infringement of the patent-in-suit and in support of MPV's cross-motion for summary judgment of infringement.

      2.      Attached hereto as **Exhibit 1** is a true and correct copy of United States Patent No. 7,187,633, entitled "Marking of a Data Medium Material for Information Intended for Reproduction."

      3.      Attached hereto as **Exhibit 2** is a true and correct copy of United States Patent No. 7,394,519, entitled "System and Method for Audio Encoding and Counterfeit Tracking a Motion Picture."

      4.      Attached hereto as **Exhibit 3** is a true and correct copy of excerpts from the transcript of the deposition of Joseph Wary, dated September 5, 2012.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 7, 2012

Sean E. Jackson

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 7, 2012, a true and correct copy of the

foregoing DECLARATION OF SEAN E. JACKSON, ESQ. and attached EXHIBITS 1-3 were served to

all counsel of record via the Court's CM/ECF system and via electronic mail as follows:

Phoebe Anne Wilkinson, Esq.
**CHADBOURNE & PARKE LLP**
30 Rockefeller Plaza
New York, NY  10112
(212) 408-1157
Fax:  (212) 541-5369
pwilkinson@chadbourne.com

Daniel M. Lechleiter, Esq.
Richard Trevor Carter, Esq.
**FAEGRE BAKER DANIELS LLP**
300 North Meridian Street, Suite 2700
Indianapolis, IN  46204
(317) 237-0300
Fax:  (317) 237-1000
trevor.carter@faegrebd.com
daniel.lechleiter@faegrebd.com

*Attorneys for Defendants Warner Bros. Entertainment, Inc. and Technicolor Inc.*

Scott J. Bornstein, Esq.
Allan A. Kassenoff, Esq.
Julie P. Bookbinder, Esq.
**GREENBERG TRAURIG, LLP**
MetLife Building
200 Park Avenue, 34th Floor
New York, NY  10166
(212) 801-9200
Fax:  (212) 801-6400
bornsteins@gtlaw.com
kassenoffa@gtlaw.com
bookbinderj@gtlaw.com

*Attorneys for Defendant Deluxe Entertainment Services Group Inc.*

_____
Sean E. Jackson