Mem Endors, 1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

MEDIEN PATENT VERWALTUNG AG,

                        Plaintiff,

vs.

WARNER BROS. ENTERTAINMENT, INC.,
TECHNICOLOR INC., and DELUXE
ENTERTAINMENT SERVICES GROUP
INC.,

                        Defendants.

Civil Action No. 1:10-cv-04119-CM

JURY TRIAL DEMANDED

ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/13/12

## STIPULATION REGARDING BRIEFING

Plaintiff Medien Patent Verwaltung AG ("MPV") and Defendant Deluxe Entertainment Services Group Inc. ("Deluxe") hereby stipulate that the deadlines and page limits for the remaining briefing related to Deluxe's Motion for Summary Judgment of Non-Infringement of the Patent-in-Suit ("Motion") filed on August 24, 2012 and MPV's Cross-Motion for Summary Judgment of Infringement ("Cross-Motion") filed September 7, 2012 are as follows:

| Brief | Deadline | Page Limit |
|---|---|---|
| Deluxe's combined opposition to MPV's Cross-Motion and reply in support of its Motion | September 21, 2012 | 30 pages |
| MPV's reply in support of its Cross-Motion | October 5, 2012 | 10 pages |

CROWELL & MORING LLP

By: _____

Andrew M. Riddles
Sean E. Jackson
590 Madison Avenue
New York, NY 10022-2544
Ph: (212) 223-4000
Fax: (212) 223-4134

GREENBERG TRAURIG, LLP

By: _____

Scott J. Bornstein
Allan A. Kassenoff
Julie P. Bookbinder
MetLife Building
200 Park Avenue, 34th Floor
New York, New York 10166

NY 242,379,750v3

ariddles@crowell.com
sjackson@crowell.com

Jeffrey D. Sanok
Mark M. Supko
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2595
Tel: (202) 624-2500
Fax: (202) 628-5116
jsanok@crowell.com
msupko@crowell.com

*Attorneys for Plaintiff Medien Patent Verwaltung AG*

SO ORDERED.

Dated: 9/17/2012

New York, New York

Tel.: (212) 801-9200
Fax: (212) 801-6400
bornsteins@gtlaw.com
kassenoffa@gtlaw.com
bookbinderj@gtlaw.com

*Attorneys for Defendant Deluxe Entertainment Services Group Inc.*

_____
COLLEEN MCMAHON
United States District Judge