UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
──────────────────────────────── X

Medien Patent Verwaltung AG,    10 Civ. 4119 (CM) (GWG)
       Plaintiff(s),

       -against-    ORDER OF REFERENCE
    TO A MAGISTRATE JUDGE

Warner Bros. Entertainment, Inc., et. al,
       Defendant(s).
──────────────────────────────── X

The above entitled action is referred to the Honorable James C. Francis, United States Magistrate Judge for the following purpose(s):

____ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement

✓ Specific Non-Dispositive Motion/Dispute:*
   Discovery Dispute

____ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

____ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

____ Settlement*

____ Inquest After Default/Damages Hearing

____ Habeas Corpus

____ Social Security

____ Dispositive Motion (i.e., motion requiring a Report and Recommendation

Particular Motion:_____

All such motions:_____

* Do not check if already assigned for general pretrial.

Dated: 9/13/2012
New York, New York

SO ORDERED:

Hon. Colleen McMahon
United States District Judge