UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X

Medien Patent Verwaltung AG,

                    Plaintiff(s),                    10   Civ.  4119  (CM) (GWG)


                                                     ORDER OF REFERENCE
          -against-                                  TO A MAGISTRATE JUDGE

Warner Bros. Entertainment, Inc., et al.,
                    Defendant(s).
_____X

The above entitled action is referred to the Honorable Gabriel W. Gorenstein, United States
Magistrate Judge for the following purpose(s):

_____ General Pretrial (includes scheduling,          _____ Consent under 28 U.S.C.
      discovery, non-dispositive pretrial motions,          §636(c) for all purposes
      and settlement                                        (including trial)

__✓__ Specific Non-Dispositive Motion/Dispute:*       _____ Consent under 28 U.S.C.
         Discovery Disputes                                 §636(c) for limited purpose
                                                            (e.g., dispositive motion,
                                                            preliminary injunction)

                                                            Purpose:_____

      If referral is for discovery disputes when      _____ Habeas Corpus
      the District Judge is unavailable, the time
      period of the referral:_____          _____ Social Security

_____ Settlement*                                     _____ Dispositive Motion (i.e., motion
                                                            requiring a Report and
_____ Inquest After Default/Damages Hearing                 Recommendation

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/18/12
                                                            Particular Motion:_____
                                                            _____

                                                            All such motions:_____

* Do not check if already assigned for general pretrial.

Dated: 9/18/2012
       New York, New York

                                        SO ORDERED:
                                        [signature]

                                        _____
                                        Hon. Colleen McMahon
                                        United States District Judge