USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/19/12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MEDIEN PATENT VERWALTUNG AG,

                Plaintiff,

-v.-

WARNER BROS. ENTERTAINMENT, INC et al.,

                Defendants.
------------------------------------------------------------X

ORDER
10 Civ. 4119 (CM) (GWG)

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

    1. The above-referenced action has been referred to this Court for discovery supervision.

    2. All discovery (including requests for admissions) must be initiated in time to be concluded by the deadline for all discovery. All applications to the Court must comply with this Court's Individual Practices, which are available through the Clerk's Office or at: http://www.nysd.uscourts.gov/judge/Gorenstein

    3. Discovery motions -- that is, any application pursuant to Rules 26 through 37 or 45 -- not only must comply with ¶ 2.A. of the Court's Individual Practices but also must be made promptly after the cause for such a motion arises. In addition, absent extraordinary circumstances no such application will be considered if made later than 30 days prior to the close of discovery. Untimely applications will be denied.

    4. Any application for an extension of the time limitations with respect to any deadlines in this matter must be made to Judge McMahon.

    SO ORDERED.

Dated: September 19, 2012
       New York, New York

                                              GABRIEL W. GORENSTEIN
                                              United States Magistrate Judge