USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/9/12

# crowell (moring

590 Madison Avenue, 20th Floor, New York, NY 10022-2524 ▪ p212 223-4000 ▪ f212 223-4134

October 8, 2012

**VIA FACSIMILE**

Honorable Colleen McMahon
United States District Judge
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007-1312

RECEIVED
OCT 5 - 2012
CHAMBERS OF
COLLEEN McMAHON

MEMO ENDORSED

**Re:  Medien Patent Verwaltung AG v. Warner Bros. Entertainment, Inc., et al.**
**Civil Action No.: 1:10-cv-04119-CM-GWG**

Dear Judge McMahon:

In accordance with the Court's Individual Practices and Procedures, plaintiff Medien Patent Verwaltung AG ("MPV") and defendants Warner Bros. Entertainment, Inc., Technicolor Inc. (collectively "WB/Technicolor"), and Deluxe Entertainment Services Group Inc. ("Deluxe"), write jointly to request a thirty (30) day extension of the deadlines set forth in the Court's Scheduling Order entered on July 30, 2012 (Dkt. No. 88).

The extension is requested because MPV and WB/Technicolor are currently engaged in mediation in an effort to resolve their dispute, and the parties expect that Deluxe will begin participating in mediation efforts shortly. A revised Joint Proposed Case Schedule is attached for consideration and approval by the Court. There have been no previous requests for an extension of any of the deadlines set forth in the Court's Scheduling Order.

Respectfully submitted:

s/ Sean E. Jackson
Andrew M. Riddles
Sean E. Jackson
CROWELL & MORING LLP
590 Madison Avenue, 20th Floor
New York, NY 10022
Ph: (212) 223-4000
Fax: (212) 223-4134
ariddles@crowell.com
sjackson@crowell.com

s/ R. Trevor Carter (with permission)
R. Trevor Carter (pro hac vice)
Daniel M. Lechleiter (pro hac vice)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, IN 46204
Ph: (317) 237-0300
Fax: (317) 237-1000
trevor.carter@faegrebd.com
daniel.lechleiter@faegrebd.com

Honorable Colleen McMahon
October 8, 2012
Page 2

Jeffrey D. Sanok
Mark M. Supko
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington D.C. 20004-2595
Ph: (202) 624-2500
Fax: (202) 628-5116
jsanok@crowell.com
msupko@crowell.com

*Attorneys for Plaintiff Medien
Patent Verwaltung AG*

Phoebe Anne Wilkinson
CHADBOURNE & PARKE LLP
30 Rockefeller Plaza
New York, NY 10112
Ph: (212) 408-1157
Fax: (212) 541-5369
pwilkinson@chadbourne.com

*Attorneys for Defendants Warner Bros.
Entertainment Inc. and Technicolor Inc.*

s/ Scott J. Bornstein (with permission)
Scott J. Bornstein
Allan A. Kassenoff
Julie P. Bookbinder
GREENBERG TRAURIG, LLP
MetLife Building
200 Park Avenue, 34th Floor
New York, NY 10166
Ph: (212) 801-9200
Fax: (212) 801-6400
bornsteins@gtlaw.com
kassenoffa@gtlaw.com
bookbinderj@gtlaw.com

*Attorneys for Defendant Deluxe
Entertainment Services Group Inc.*

Attachment

*Medien Patent Verwaltung AG v. Warner Bros. Entertainment, Inc., et al.*
**Case No.: 10-cv-04119-CM-GWG**

## PROPOSED REVISED CASE SCHEDULE

| | Event | Current Schedule | Proposed Revised Schedule |
|---|---|---|---|
| 1 | Deadline to Amend Pleadings | September 14, 2012 | September 14, 2012 |
| 2 | Deadline to Add Parties | September 14, 2012 | September 14, 2012 |
| 3 | Close of Fact Discovery | November 28, 2012 | December 28, 2012 |
| 4 | Deadline for Parties to serve Opening Expert Reports on issues for which they bear the burden of proof | December 11, 2012 | January 10, 2013 |
| 5 | Deadline for Parties to serve Rebuttal Expert Reports | December 21, 2012 | January 21, 2013 |
| 6 | Close of Expert Discovery | December 31, 2012 | January 30, 2013 |
| 7 | Deadline to file any *Daubert* motions | January 14, 2013 | February 13, 2013 |
| 8 | Deadline to file any dispositive motions | January 31, 2013 | March 1, 2013 |
| 9 | Joint Pre-Trial Statement due (including action, factual basis for action, disputed legal issues, joint set of jury instructions, exchange of exhibits, deposition designations, etc.) | March 21, 2013 | April 19, 2013 |