RECEIVED NOV - 7 2012 CHAMBERS OF COLLEEN McMAHON

**MEMO ENDORSED**

crowell moring

590 Madison Avenue, 20th Floor, New York, NY 10022-2524 ∎ p212 223-4000 ∎ f212 223-4134

November 7, 2012

11/7/2012
OK - last ext
[signature]
11/7/12

**VIA FACSIMILE**

Honorable Colleen McMahon
United States District Judge
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007-1312

USDS SDNY
DOCUMENT
ELECT...

Re: **Medien Patent Verwaltung AG v. Warner Bros. Entertainment, Inc., et al.**
   **Civil Action No.: 1:10-cv-04119-CM-GWG**

Dear Judge McMahon:

In accordance with the Court's Individual Practices and Procedures, plaintiff Medien Patent Verwaltung AG ("MPV") and defendants Warner Bros. Entertainment, Inc., Technicolor Inc. (collectively "WB/Technicolor"), and Deluxe Entertainment Services Group Inc. ("Deluxe"), write jointly to request a sixty (60) day extension of the deadlines set forth in the revised case schedule endorsed by the Court on October 9, 2012 (Dkt. No. 111).

Plaintiff MPV and defendants WB/Technicolor initially entered into mediation in an effort to resolve their dispute. At the request of defendant Deluxe, the mediation has now expanded to include all parties. MPV and WB/Technicolor are also in the process of engaging a third party to provide an independent opinion on certain aspects of the dispute prior to the next mediation session. This is expected to facilitate resolution of the issues. This extension is requested to accommodate these efforts by the parties to resolve their dispute, including a mediation session scheduled for December 10, 2012 in which all parties will participate.

A second revised Joint Proposed Case Schedule is attached for consideration and approval by the Court. There has been one previous request for a 30-day extension of the original deadlines set forth in the Court's Scheduling Order entered on July 30, 2012 (Dkt. No. 88), which was granted by the Court (Dkt. No. 111).

Respectfully submitted:

s/ Sean E. Jackson
Andrew M. Riddles
Sean E. Jackson
CROWELL & MORING LLP
590 Madison Avenue, 20th Floor
New York, NY 10022

s/ Daniel M. Lechleiter (with permission)
R. Trevor Carter (*pro hac vice*)
Daniel M. Lechleiter (*pro hac vice*)
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, IN 46204

NYACTIVE-13021574.1

Honorable Colleen McMahon
November 7, 2012
Page 2

Ph: (212) 223-4000
Fax: (212) 223-4134
ariddles@crowell.com
sjackson@crowell.com

Jeffrey D. Sanok
Mark M. Supko
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington D.C. 20004-2595
Ph: (202) 624-2500
Fax: (202) 628-5116
jsanok@crowell.com
msupko@crowell.com

*Attorneys for Plaintiff Medien
Patent Verwaltung AG*

Ph: (317) 237-0300
Fax: (317) 237-1000
trevor.carter@faegrebd.com
daniel.lechleiter@faegrebd.com

Phoebe Anne Wilkinson
CHADBOURNE & PARKE LLP
30 Rockefeller Plaza
New York, NY 10112
Ph: (212) 408-1157
Fax: (212) 541-5369
pwilkinson@chadbourne.com

*Attorneys for Defendants Warner Bros.
Entertainment Inc. and Technicolor Inc.*

s/ Julie P. Bookbinder (with permission)
Scott J. Bornstein
Allan A. Kassenoff
Julie P. Bookbinder
GREENBERG TRAURIG, LLP
MetLife Building
200 Park Avenue, 34th Floor
New York, NY 10166
Ph: (212) 801-9200
Fax: (212) 801-6400
bornsteins@gtlaw.com
kassenoffa@gtlaw.com
bookbinderj@gtlaw.com

*Attorneys for Defendant Deluxe
Entertainment Services Group Inc.*

Attachment

*Medien Patent Verwaltung AG v. Warner Bros. Entertainment, Inc., et al.*
Case No.: 10-cv-04119-CM-GWG

## SECOND PROPOSED REVISED CASE SCHEDULE

| | Event | Current Schedule | Proposed Revised Schedule |
|---|---|---|---|
| 1 | Deadline to Amend Pleadings | September 14, 2012 | September 14, 2012 |
| 2 | Deadline to Add Parties | September 14, 2012 | September 14, 2012 |
| 3 | Close of Fact Discovery | December 28, 2012 | February 26, 2013 |
| 4 | Deadline for Parties to serve Opening Expert Reports on issues for which they bear the burden of proof | January 10, 2013 | March 11, 2013 |
| 5 | Deadline for Parties to serve Rebuttal Expert Reports | January 21, 2013 | March 22, 2013 |
| 6 | Close of Expert Discovery | January 30, 2013 | April 1, 2013 |
| 7 | Deadline to file any *Daubert* motions | February 13, 2013 | April 15, 2013 |
| 8 | Deadline to file any dispositive motions | March 1, 2013 | April 30, 2013 |
| 9 | Joint Pre-Trial Statement due (including action, factual basis for action, disputed legal issues, joint set of jury instructions, exchange of exhibits, deposition designations, etc.) | April 19, 2013 | June 18, 2013 |

NYACTIVE-13021574.1