

**GreenbergTraurig**

Scott J. Bornstein
Tel 212.801.2172
Fax 212.801.6400
bornsteins@gtlaw.com

MEMO ENDORSED



RECEIVED
JAN 4 - 2013
CHAMBERS OF
COLLEEN McMAHON

January 4, 2013

**VIA FACSIMILE 212-805-6326**

Honorable Colleen McMahon
United States District Judge
United States District Court for the
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

*I will turn to the motion — there is no point in trying to settle now*
CMcM 1/9/13

Re:  *Medien Patent Verwaltung AG v. Warner Bros. Entertainment, Inc., et al.,*
     S.D.N.Y. Case No. 1:10-cv-04119-CM-GWG

Dear Judge McMahon:

We represent Defendant Deluxe Entertainment Group Services Inc. ("Deluxe") in the above-referenced matter and write to update the Court regarding the mediation session held on December 14, 2012. Deluxe expended substantial effort to maximize the success of the mediation, including time spent on formulating approved negotiating positions, accommodating requested delays by other parties, preparing a mediation statement and obtaining the full-day attendance of a fully authorized Deluxe representative at the mediation session. Unfortunately, Deluxe's efforts did not result in a settlement. To the extent that the Court does not resolve the case in the near term based on Deluxe's fully briefed pending motion for summary judgment of non-infringement, and to avoid further cost and uncertainty, we respectfully request that the Court preside over a settlement conference to assist the parties in resolving the case.

Respectfully,

Scott J. Bornstein

cc:  Andrew Riddles, via email
     Sean Jackson, via email
     Jeffrey Sanok, via email
     Mark Supko, via email
     Trevor Carter, via email
     Daniel Lechleiter, via email
     Phillip Mancini, via email
     Phoebe Wilkinson, via email

USDS SDN
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/9/13

ALBANY
AMSTERDAM
ATLANTA
AUSTIN
BERLIN*
BOSTON
BRUSSELS*
CHICAGO
DALLAS
DELAWARE
DENVER
FORT LAUDERDALE
HOUSTON
LAS VEGAS
LONDON*
LOS ANGELES
MIAMI
MILAN*
NEW JERSEY
NEW YORK
ORANGE COUNTY
ORLANDO
PALM BEACH COUNTY
PHILADELPHIA
PHOENIX
ROME*
SACRAMENTO
SHANGHAI
SILICON VALLEY
TALLAHASSEE
TAMPA
TOKYO*
TYSONS CORNER
WASHINGTON, D.C.
WHITE PLAINS
ZURICH
*STRATEGIC ALLIANCE

NY 242684877v2

GREENBERG TRAURIG, LLP ▪ ATTORNEYS AT LAW ▪ WWW.GTLAW.COM
MetLife Building ▪ 200 Park Avenue ▪ New York, NY 10166 ▪ Tel 212.801.9200 ▪ Fax 212.801.6400