UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MEDIEN PATENT VERWALTUNG AG,

              Plaintiff,

-v.-

WARNER BROS. ENTERTAINMENT, INC et al.,

              Defendants.
------------------------------------------------------------X

ORDER
10 Civ. 4119 (CM) (GWG)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/25/13

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

    The Court is in receipt of a letter dated January 25, 2013, from defendants WBEI and Technicolor seeking a settlement conference before the undersigned. This case has been referred for discovery supervision only, not settlement. Any application to expand the referral must be made to Judge McMahon. Obviously, any such application should inform Judge McMahon of the position of any affected party with respect to the application.

    SO ORDERED.

Dated: January 25, 2013
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge