

**FAEGRE BAKER DANIELS**

FaegreBD.com

USA • UK • CHINA

R. Trevor Carter
Partner
Trevor.Carter@FaegreBD.com
Direct +1 317 237 1352

Faegre Baker Daniels LLP
300 North Meridian Street • Suite 2700
Indianapolis • Indiana 46204-1750
Phone +1 317 237 0300
Fax +1 317 237 1000

RECEIVED JAN 30 2013 CHAMBERS OF COLLEEN McMAHON

January 30, 2013

Honorable Colleen McMahon
United States District Judge
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007-1312

OK. Call in at 11 AM.
*[signed]* Colleen McMahon
1/30/13

Re: Medien Patent Verwaltung AG v. Warner Bros. Entertainment, Inc., et al.
Civil Action No.: 1:10-cv-04119-CM-GWG

Dear Judge McMahon:

In your January 23, 2013 Order, the Court set a conference for Friday, February 8, 2013 at 11:00 a.m. Primary counsel for Technicolor Inc. and Warner Bros. Entertainment, Inc. ("Warner Bros.") are not available on that date. The undersigned will be in a mediation on February 8, 2013 in Washington D.C. that has been scheduled since early December. Dan Lechleiter is scheduled to have his first child in Indianapolis that week and is also unavailable.

**MEMO ENDORSED**

We have contacted the other parties in the case about this availability issue. Not all of the parties are in agreement to request rescheduling the conference date, but all parties are agreeable to having the undersigned participate in the conference by telephone, provided that is acceptable to the Court.

For these reasons, Technicolor and Warner Bros. respectfully request that the undersigned be permitted to participate in the February 8, 2013 conference by telephone.

Respectfully submitted,

*[signed]* R. Trevor Carter

cc: All counsel of record

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
1/30/13

DMS_US 51490897v1