UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MEDIEN PATENT VERWALTUNG AG, :

                                                    :   ORDER
                   Plaintiff,                        10 Civ. 4119 (CM) (GWG)
                                                   :

   -v.-                                                 :

WARNER BROS. ENTERTAINMENT, INC et al., :

                   Defendants.                 :
-------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

     A conference to discuss the application made in the January 30, 2013 letter will be held on <u>Wednesday, February 6, 2013</u>, at 4:00 p.m. in Courtroom 17-A , 500 Pearl Street, New York, New York.[1]

     The attorneys in this matter are directed to ensure that all parties are aware of this conference. The Court notes that it is the Court's intention to decide the discovery dispute based on the letters sent by the parties.

     SO ORDERED.

Dated: February 1, 2013
       New York, New York

                                                      GABRIEL W. GORENSTEIN
                                                    United States Magistrate Judge

---

[1] If a party wishes to attend this conference by telephone, that party shall contact all other parties to determine if there are any other parties that similarly wish to attend by telephone. That party shall then arrange a conference call (if necessary) and shall fax a letter to the Court that provides a telephone number the Deputy Clerk should call from the Courtroom to effectuate the participation of any parties by telephone. In addition, approximately 15 minutes before the conference, the party shall call the Court at (212) 805-4260 or -4266 to remind the Deputy Clerk of the need to call the designated number.