# FAEGRE BAKER DANIELS

FaegreBD.com

USA ▾ UK ▾ CHINA

R. Trevor Carter
Partner
Trevor.Carter@FaegreBD.com
Direct +1 317 237 1352

Faegre Baker Daniels LLP
300 North Meridian Street ▾ Suite 2700
Indianapolis ▾ Indiana 46204-1750
Phone +1 317 237 0300
Fax +1 317 237 1000

February 4, 2013

**VIA FACSIMILE 212-805-4268**

Honorable Gabriel W. Gorenstein
United States Magistrate Judge
United States District Court for the
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

> Conference time moved to 2:30 p.m. on Wednesday, February 6, 2013. The Court has no preference as to whether attorneys appear by telephone. However, if Mr. Jackson is appearing by telephone, he shall so inform the Court by fax sent by noon on Wednesday. If such a fax is received, the conference will conducted as a telephone conference only. Attorneys should not use a speaker phone to address the Court.
>
> SO ORDERED: DATE: 2/4/2013
> GABRIEL W. GORENSTEIN
> UNITED STATES MAGISTRATE JUDGE

RE: *Median Patent Verwaltung AG v. Warner Bros. Entertainment, Inc. et al.*
Case No. 1:10-cv-04119-CM-CWG (S.D.N.Y.)

On February 1, 2013, the Court scheduled a conference on Wednesday, February 6, 2013 at 4:00 p.m. The undersigned notified the Court that he would need to leave for the airport at 4:50 p.m. on that day. The Court made available earlier start times of 2:30 p.m. or 3:00 p.m. on February 6, 2013 for the conference and all parties have informed the undersigned that they are available at those times.

Pursuant to footnote 1 of the February 1, 2013 Order, counsel for Technicolor USA and Warner Bros. Entertainment, Inc. and counsel for Deluxe wish to attend this conference by telephone. MPV is available to participate in person, but could participate by phone if that is the Court's preference in view of the requests by Warner Bros., Technicolor and Deluxe. The Deputy Clerk can call 1-888-399-7768 pass code 3172371352 to effectuate the participation of counsel for Technicolor and Warner Bros., counsel for Deluxe, and possibly counsel for MPV.

Sincerely,

R. Trevor Carter

cc: All counsel of record

DMS_US 51523866v1

TOTAL P.002