UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MEDIEN PATENT VERWALTUNG AG,                    :

                                                :      ORDER
                        Plaintiff,              :      10 Civ. 4119 (CM) (GWG)

                                                :
     -v.-
                                                :
WARNER BROS. ENTERTAINMENT, INC et al.,
                                                :

                        Defendants.             :
------------------------------------------------------------X

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 2/11/13

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

        A conference to discuss plaintiff's outstanding discovery disputes will be held on
Tuesday, February 26, 2013, at 10:00 a.m. in Courtroom 17-A, 500 Pearl Street, New York, New
York.[1]  Plaintiff shall present these disputes to the Court by letter on February 14, 2013.  Any
response shall be made by February 19, 2013.  Any reply shall be made by February 21, 2013.
Letters must be sent to the Court by midnight on any due date.  If sent by fax, the letter must be
no longer than 15 pages including any attachments.

        The Court notes that it is the Court's intention to decide the discovery dispute based on
the letters sent by the parties.

        SO ORDERED.

Dated: February 11, 2013
       New York, New York

                                    _____
                                    GABRIEL W. GORENSTEIN
                                    United States Magistrate Judge

-----------------------

        [1] If an attorney with offices outside of the New York City area wishes to attend this
conference by telephone, that attorney shall contact all other attorneys to determine if there are
any other attorneys outside the New York City area that similarly wish to attend by telephone.
That attorney shall then arrange a conference call (if necessary) and shall fax a letter to the Court
that provides a telephone number the Deputy Clerk should call from the Courtroom to effectuate
the participation of any attorney by telephone.  In addition, approximately 15 minutes before the
conference, the attorney shall call the Court at (212) 805-4260 or -4266 to remind the Deputy
Clerk of the need to call the designated number from the Courtroom.